

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

PRESORTED
FIRST CLASS



UNITED STATES POSTAGE
PITNEY BOWES

02 1M    $ 00.406
0004279596    JAN 14 2015
MAILED FROM ZIP CODE 78701

RE: WR-82,567-01

DAVID WAYNE GRASMAN
GIST UNIT - TDC # 1904902

